NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5096

HI-SHEAR TECHNOLOGY CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Peter B. Jones, Jones & Donovan, of Newport Beach, California, argued for plaintiff-appellant.

Michael D. Austin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Peter D. Keisler, Acting Attorney General, Jeanne E. Davidson, Director, and Donald E. Kinner, Deputy Director.

Appealed from: United States Court of Federal Claims

Judge Marian Blank Horn

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-5096

HI-SHEAR TECHNOLOGY CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

# Judgment

ON APPEAL from the       United States Court of Federal Claims

In CASE NO(S).       98-CV-712

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, SCHALL and MOORE, Circuit Judges).

    **AFFIRMED.**  See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED: November 8, 2007          /s/ Jan Horbaly
                                  Jan Horbaly, Clerk